**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN A. MONTGOMERY, | No. SACV 02-675 AHM (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| SILVIA GARCIA (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: May 31, 2011

_____
A. HOWARD MATZ
United States District Judge

**JS-6**